**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| DISH NETWORK L.L.C. et al., <br><br> Plaintiffs, <br><br> v. <br><br> RICHARD NGUYEN, <br><br> Defendant. | Case No. 8:16-cv-00916-CJC-DFM <br><br> **FINAL JUDGMENT AND PERMANENT INJUNCTION** |

Having considered the parties' Stipulation for Entry of Final Judgment and Permanent Injunction, and good cause appearing, the Court approves the stipulation and **ORDERS** as follows:

1. Judgment is entered against Defendant Richard Nguyen ("Defendant"), and in favor of Plaintiffs DISH Network L.L.C., EchoStar Technologies L.L.C., and NagraStar LLC (collectively, "DISH Network"), on Counts I through V of DISH Network's complaint which allege Defendant's violations of the Digital Millennium Copyright Act, 17 U.S.C. §§ 1201(a)(1), (a)(2); the Federal Communications Act, 47 U.S.C. §§ 605(a), (e)(4); and the Electronic Communications Privacy Act, 18 U.S.C. §§ 2511(1)(a), 2520.

2. DISH Network is awarded damages of $230,000 against Defendant.

3. Defendant, and any person acting in active concert or participation with Defendant that receives actual notice of this order, is permanently enjoined from:

(a). manufacturing, importing, offering to the public, providing, or otherwise trafficking in passcodes to the NFPS service, any other code or password used in accessing an IKS server, and any other technology or part thereof that is used in circumventing DISH Network's security system or receiving DISH Network programming without authorization;

(b). circumventing or assisting others in circumventing the DISH Network security system, or receiving or assisting others in receiving DISH Network's satellite signal without authorization; and

(c). testing, analyzing, reverse engineering, manipulating, or extracting code, data, or information from DISH Network's satellite receivers, smart cards, satellite stream, or any other part or component of the DISH Network security system.

4. This permanent injunction takes effect immediately.

5. Each party is to bear its own attorney's fees and costs.

6. The Court retains jurisdiction over this action for a period of two years for the purpose of enforcing this final judgment and permanent injunction.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: July 15, 2016

Hon. Cormac J. Carney
United States District Judge